IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN E. BONIN,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

No. C 14-00614 SI

**ORDER DENYING DEFENDANT'S MOTION TO RELATE CASES**

On April 9, 2014, defendant filed an administrative motion to relate cases under Civil Local Rule 3-12. Docket No. 11. In the motion, defendant requests that the Court relate the present action to *Bonin v. Provident Life and Accident Insurance Co.*, No. 14-cv-331-WBS-AC (E.D. Cal., filed Feb. 3, 2014). *Id.* Under the Northern District of California's Civil Local Rule 3-12, a court may determine that an action is related to another action that is pending or was pending in this district. Because the other pending action identified by defendant in its motion was filed in the Eastern District of California, not this district, this Court may not relate the two actions under Local Rule 3-12. Accordingly, the Court DENIES defendant's motion to relate cases. Docket No. 11.

**IT IS SO ORDERED.**

Dated: April 24, 2014

SUSAN ILLSTON
United States District Judge