IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E BONIN, | No. C 14-00614 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE OOMPANY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR MOTION TO AMEND: August 29, 2014, at 9:00 a.m.

FURTHER CASE MANAGEMENT: January 16, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 20, 2015.

DESIGNATION OF EXPERTS: 5/27/15; REBUTTAL: 6/26/15.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 24, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 27, 2015;

Opp. Due April 10, 2015; Reply Due April 17, 2015;

and set for hearing no later than May 1, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 25, 2015 at 3:30 PM.

JURY TRIAL DATE: September 8, 2015 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court extended the mediation deadline to 12/5/14.
Either a stipulation or a motion for leave to file an amended complaint shall be filed by 7/18/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/30/14

SUSAN ILLSTON
United States District Judge