IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN E BONIN,                                    No. C 14-00614 SI

       Plaintiff,                         **SECOND**
                                                 **PRETRIAL PREPARATION ORDER**

  v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE OOMPANY,

       Defendant.
_____/

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 24, 2015 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTIONS: **April 3, 2015, at 9:00 a.m.** (Deft file 2/27/15, Pltf. Oppose 3/13/15, Deft reply: 3/20/15)

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2015.

DESIGNATION OF EXPERTS: 5/30/15; REBUTTAL: 6/26/15.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 24, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by July 1, 2015;

     Opp. Due July 17, 2015;  Reply Due July 24, 2015;

      and set for hearing no later than August 7, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 15, 2015 at 3:30 PM.

JURY TRIAL DATE: September 28, 2015 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS: n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  1/20/15

                    _____
                    SUSAN ILLSTON
                    United States District Judge