UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. BONIN,<br><br>    Plaintiff,<br><br>    v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 14-cv-00614-SI<br><br>**ORDER GRANTING STIPULATION TO SET SUPPLEMENTAL BRIEFING SCHEDULE AND TO VACATE PRETRIAL DEADLINES**<br><br>Re: Dkt. No. 57 |

On June 2, 2015, the parties filed a joint stipulation requesting that the Court set a special hearing and briefing schedule to clarify the scope of the Court's partial summary judgment order, and to vacate all pretrial deadlines. Docket No. 57. The Court **GRANTS** the parties' motion, and adopts their proposed briefing schedule as set forth below. Additionally, the parties are **ORDERED** to appear **on August 7, 2015 at 3 p.m**. for a case management conference for purposes of setting a new pretrial schedule.

1. On June 12, 2015, the parties shall submit a joint statement describing the issue requiring the Court's clarification.

2. On June 26, 2015, the parties shall file simultaneous opening briefs, no longer than 15 pages in length.

3. On July 17, 2015, the parties shall file simultaneous response briefs, no longer than 10 pages in length.

4. The Court will hear argument on July 31, 2015 at 9 a.m.

**IT IS SO ORDERED.**

Dated: June 2, 2015

                                                    SUSAN ILLSTON
                                                    United States District Judge