Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff

Robert E. Hess (SBN 178042)
rhess@mail.hinshawlaw.com
James A. Hazlehurst (SBN 257711)
Jhazlehurst@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
19800 MacArthur Boulevard 8th Floor
Irvine, CA 92612-2427
Telephone: 949-757-2800
Facsimile: 949-752-6313

Attorneys for Defendant
Provident Life and Accident Insurance
Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. BONIN, | No. 4:14-cv-00614-SI |
| Plaintiff, | STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | Action Filed: February 10, 2014 |

WHEREAS, Plaintiff filed his complaint on February 19, 2014 and his first amended complaint on July 23, 2014 alleging causes of action for Bad Faith, Intentional Infliction of Emotional Distress and Breach of Contract,; and

Stipulation re Dismissal 1 No. 4:14-cv-00614-SI

WHEREAS, Plaintiff and Defendant have resolved this matter.

IT IS THEREFORE STIPULATED by and between Plaintiff John Bonin and Defendant Provident Life and Accident Insurance Company that, pursuant to Federal Rules of Civil Procedure 41 (a)( 1 )(A)(i i), this action and all claims Plaintiff John Bonin has asserted against Defendant in this action are dismissed with prejudice. Plaintiff and Defendant stipulate that each party shall bear their own attorneys' fees and costs.

Dated: July 23, 2015     LAW OFFICES OF LAURENCE F. PADWAY

/s/Laurence F. Padway
Laurence F. Padway
Attorneys for Plaintiff

Dated: July 23, 2015     HINSHAW & CULBERTSON LLP

/s/Robert E. Hess
Robert E. Hess
James A. Hazlehurst
Attorneys for Defendant
Provident Life and Accident
Insurance Company

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/27/15

Hon. Susan Illston
United States District Court Judge